United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30858
Conference Calendar

LANCE HANSON AYERS,

Plaintiff-Appellant,

versus

482018-DIV: "N"; ALLEN CORRECTIONAL; 19TH JUDICIAL,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:05-CV-347
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Lance Hanson Ayers, Louisiana prisoner # 122241, appeals the
district court's dismissal of his complaint for failure to comply
with a court order to amend his pleadings. We previously
remanded this matter to the district court to allow the court to
rule on a post-judgment motion by Ayers seeking reinstatement of
his suit. The district court subsequently granted the motion and
ordered the case reinstated on the district court's docket.
Accordingly, because the judgment which is the subject of this
appeal has been vacated, the present appeal does not present a

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

live case or controversy and is dismissed as moot.  See Rocky v. King, 900 F.2d 864, 867 (5th Cir. 1990).

APPEAL DISMISSED.